✎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
Plaintiff,
v.

FELIPE ORTIZ-BAUTISTA,
Defendant.

**APPEARANCE**

Case Number: 08MJ1371

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

FELIPE ORTIZ-BAUTISTA

I certify that I am admitted to practice in this court.

5/8/2008
Date

/s/ KRIS J. KRAUS
Signature

KRIS J. KRAUS / Federal Defenders of SD — 233699
Print Name — Bar Number

225 Broadway, Suite 900
Address

San Diego, CA 92101
City State Zip Code

(619) 234-8467 — (619) 687-2666
Phone Number — Fax Number

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: May 8, 2008

*/s/ Kris J. Kraus*

KRIS J. KRAUS
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: Kris_Kraus@fd.org